IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

Herman Williams, III #1114222
_____
_____
_____
(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

**Plaintiff(s)**

VS.

Georgia Department of Corrections
Commissioner Brian Owens
GEO Group, INC
GEO Corrections
(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO 5 : 14-CV- 279

## I. GENERAL INFORMATION

1. Your full name and prison number   Herman Williams, III #1114222
2. Name and location of prison where you are **now** confined   Rogers State Prison 1978 GA Hwy 147 Reidsville, GA 30453
3. Sentence you are now serving (how long?)   Life plus twenty years consecutive

   (a) What were you convicted of?   Rape, Kidnapping w/ bodily injury, Armed Robbery, Aggravated battery (x2), Burglary, FTC Theft, FTC Fraud, 2nd degree Criminal damage, Possession of Mari

   (b) Name and location of court which imposed sentence   Muscogee County Superior Court Columbus, Georgia

   (c) When was sentence imposed?   June 28th 2002

   (d) Did you appeal your sentence and/or conviction?   ☐ Yes   ☒ No

   (e) What was the result of your appeal?   N/A

   (f) Approximate date your sentence will be completed   N/A

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in **any** federal or state court dealing with the **SAME FACTS** involved in this lawsuit or otherwise related to your imprisonment?   ☑ Yes   ☐ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
   Plaintiff(s): Herman Williams, III

   Defendant(s): Fredrick Head, Vanessa Hawkins, Lt. Young, Sgt. Tindal, OFC. Anderson, OFC. Wright and OFC. N. Brantley

   (b) Name of Court: U.S. District Court Middle District of Georgia
   (c) Docket Number: N/A   When did you file this lawsuit? Filed jointly with this case
   (d) Name of judge assigned to case: Not yet assigned
   (e) Is this case still pending   ☑ Yes   ☐ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   _____

## III. PRESENT CONFINEMENT

6. Where are you **now** confined? Rogers State Prison
   (a) How long have you been at this institution? Since June 2014
   (b) Does this institution have a grievance procedure?   ☑ Yes   ☐ No
   (c) If your answer to question 6(b) is "Yes," answer the following:
      (1) Did you present your complaint(s) herein to the institution as a grievance?
         ☑ Yes   ☐ No
      (2) What was the result? Grievance forwarded by GEO Riverbend to the GDC Internal Investigations Unit. Grievance closed and officer N. Brantley was fired as the result
   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.
   On 5/13 I informed Lt. Walker and Lt. Young and submitted a witness statement form in ISO/SEG. I sent notice by inmate request forms to the Warden, Ass. Warden, Chief of Security and Unit Manager and by sick call to medical services. On 5/15 I submitted grievance to Counselor Huff in

Defendants continued...

Riverbend Correctional Facility

## II. Previous Lawsuits

<u>Not</u> dealing with the same facts involved in this lawsuit...

(a) Plaintiff: Herman Williams, III
   Defendant(s): William Danforth, Deputy Warden Orr, Deputy Warden Philbin, Terrell, Jones, Smith
(b) U.S. District Court Middle District of Georgia (Valdosta)
(c) Docket Number: 7:10-CV-00141-HL
   When did you file this lawsuit?: 12-03-2010
(d) Name of judge assigned to Case: U.S. District Judge Hugh Lawson
(e) Is Case still pending? No
(f) Case was dismissed 01-30-2012


(a) Plaintiff: Herman Williams, III
   Defendant(s): William Danforth, Orr, Lt. Walker, Jones, Patillo, Askew, Roberts, Terrell
(b) U.S. District Court Middle District of Georgia (Valdosta)
(c) Docket Number: 7:10-CV-00142-HL
   When did you file this lawsuit?: 12-03-2010
(d) Name of judge assigned to Case: U.S. District Judge Hugh Lawson
(e) Is Case still pending? No
(f) Case was dismissed 01-30-2012

## III. Present Confinement

6. (d.) Continued

ISO/SEG. On 5/19 I spoke with Vanessa Hawkins and gave her the facts of the assault and the details of the incident.

7. In what other institutions have you been confined? Give dates of entry and exit.

GDTCP        2002              Calhoun S.P.  2006-2007     Georgia S.P.  2011-2014
Smith S.P.   2002-2004         Autry S.P.    2007-2008     Riverbend C.F. 2014
Macon S.P.   2004-2005         Hays S.P.     2008          Rogers S.P.   2014
Baldwin S.P. 2005              Valdosta S.P. 2008-2010
Wheeler C.F. 2005-2006         Baldwin S.P.  2010-2011

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of <u>each</u> plaintiff in this lawsuit.

Herman Williams, III  GDC # 1114222 - Rogers State Prison
1978 Georgia Highway 147
Reidsville, GA 30453

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Georgia Department of Corrections
Brian Owens - GDC Commissioner - Georgia Department of Corrections
GEO Group, Inc. - Contractor - Georgia Department of Corrections/
GEO Corrections - Contractor - Georgia Department of Corrections
Riverbend Correctional Facility - Contractor - Georgia Department of Corrections

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

   Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE **SIMPLE**, **CONCISE**, AND **DIRECT**! If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

**Where did the incident you are complaining about occur? That is, at what institution or institutions?** Riverbend Correctional Facility

**When do you allege this incident took place?** May 12th, 2014

**What happened?** On 05-12-2014 I, Herman Williams, III, petitioner, a mental health inmate was physically assaulted by Correctional Officer N. Brantley an employee at Riverbend Correctional Facility, a private prison owned by The GEO Group INC and GEO Corrections that is contracted by the Georgia Department of Corrections and operating under the color of the state of Georgia and the GDC to house state prisoners. Petitioner was housed in Riverbend Correctional Facility's ISO/SEG building cell DB-114 when OFC. N. Brantley maliciously and sadistically, and with deliberate intentions to cause injury and inflict pain, repeatedly closed and slammed petitioner's hands and arms in petitioner's cell door tray flap causing injuries needing medical attention & violating his Eighth Amendment Right. During the assault on petitioner by OFC. Brantley petitioner received cuts, scratches and bruises to his hands and arms and is still suffering from pain in his arms and left shoulder which require petitioner to undergo constant medical attention and to be prescribed pain relieving medications. Immediately following the assault, petitioner requested to speak to a supervisor and to be seen by medical services so that he could receive medical attention for his injuries. Petitioner was denied by all officers working the building further violating petitioners Eighth Amendment and further damaging his mental and emotional health and well-being. Petitioner was then written a disciplinary report in retaliation to his constant pleadings and requests for medical attention, to see a supervisor and to receive an Inmate grievance form. The entire assault and incident was recorded on video by a wall-mounted camera beside petitioner's cell. On 05-13-14 petitioner, after informing nurse Foster, Lt. Walker and Lt. Young, was taken to the ISO/SEG Supervisor's office to be treated by medical personnel nurse Foster of his injuries and to meet with Lt. Young, the ISO/SEG Supervisor. During the meeting, Lt. Young took pictures of petitioner's injuries and received petitioner's witness statement describing the assault/incident while he, Lt. Young, reviewed the video footage of the assault which was captured by the video camera on the wall beside petitioner's cell door (cell DB-114). On 05-15-14 petitioner submitted an offender Grievance Form (Facsimile) (grievance #173218) that grieved the assault and incident to Counselor Huff, the ISO/SEG Counselor which is in accordance to the ten day time limit of the grievance procedure guidelines. On 05-19-14 petitioner met with and spoke with Vanessa Hawkins, the Georgia Department of Corrections state monitor to GEO Riverbend Correctional Facility in the

## Statement of Claim (continued)

ISO/SEG Supervisor's office and verbally related to her the facts concerning the assault/incident that occurred on 05-17-14. On 05-20-14 petitioner's grievance (grievance # 173218) was forwarded to the Georgia Department of Corrections Internal Investigations Unit for review. On 05-21-14 petitioner was taken to the ISO/SEG Supervisor's office to meet with Riverbend Correctional Facility's Grievance Coordinator/officer Shirley A. Smith where she gave petitioner a copy of a memorandum on GDC Commissioner's Office letterhead informing petitioner that his grievance had been forwarded to the GDC Internal Investigations Unit on 05-20-14. The memorandum also served as the formal response to petitioner's grievance and effectively closed his grievance. The memorandum also informed petitioner that the decision to forward his grievance to the Internal Investigations Unit and close petitioner's grievance was not appealable. On 06-13-14 petitioner spoke with Vanessa Hawkins and inquired of her as to the status of the investigation concerning petitioner's grievance in which she replied that the investigation was completed and that OFC. N. Brantley was no longer an employee at GEO Riverbend C.F.

The actions, and the assault upon the petitioner by OFC. Brantley violated petitioner's Eighth Amendment and subjected petitioner to cruel and unusual punishment. Petitioners physical injuries are and will always be visable reminder and he is in continuous pain and discomfort. Petitioner also suffers from mental and emotional distress as an result of the actions of OFC. N. Brantley who as an officer at GEO Riverbend C.F. and acting under the color of the Georgia Department of Corrections violated petitioner's Eighth Amendment Right.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Lt. Young - Viewed video footage of the assault
Riverbend Correctional Facility Investigator - Viewed video footage of the assault
GDC Internal Investigations Unit - Viewed video footage of the assault and made the decision to terminate employment of N. Brantly

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Plaintiff is seeking $100,000 from each defendant for his pain & suffering and $100,000 from each defendant for his mental & emotional anguish. For the overall act and liability for violating plaintiff's 8th Amendment, he is seeking $350,000 from each defendant and $150,000 a year for the remainder of his incarceration from each defendant for his continual sufferings and anguish of being in fear while living under the power and authority of the defendants. Plaintiff is also seeking access to the courts, that its power and authority may be a/the mediating factor between plaintiff and the defendants, namely GDC and Brian Owens, in regards to plaintiff's safety and well-being. Plaintiff also seeks that he be granted mental and emotional health treatment/therapy from healthcare providers not

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

Signed this 30th day of June, 19 2014.

_Herman Williams, III_
**PLAINTIFF**

## V. Statement of Claim (Continued)

12. Continued...

employed by or contracted by the Georgia Department of Corrections or private contractors within it's sphere of influence for the remainder of his incarceration and that all cost be the responsibility of defendants. Plaintiff also seeks that he be granted physical healthcare from healthcare providers not employed by or contracted by the Georgia Department of Corrections or private contractors within it's sphere of influence for the remainder of his incarceration and that all cost be the responsibility of the defendants.